# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMPLIGHT VILLAGE AT CENTENNIAL SPRINGS HOMEOWNERS ASSOCIATION, A NEVADA NON-PROFIT CORPORATION,

Appellant,

vs.

CARL THOMPSON, AN INDIVIDUAL,

Respondent.

No. 79117

**FILED**

OCT 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc:  Hon. Joseph Hardy, Jr., District Judge
Boyack Orme & Anthony
Lewis Roca Rothgerber Christie LLP/Las Vegas
Lasso Injury Law, LLC
Claggett & Sykes Law Firm
Eighth District Court Clerk